No. 591. SAMUEL C. JACKSON *v.* UNITED STATES. November 15, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Abner H. Ferguson* for petitioner. *The Solicitor General* for the United States.

———

No. 596. WASHINGTON RAILWAY & ELECTRIC COMPANY *v.* GEORGE C. STUART. November 15, 1920. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. John S. Barbour* for petitioner. No appearance for respondent.

———

No. 597. ROBERTS CONE MANUFACTURING COMPANY *v.* FREDERICK A. BRUCKMAN ET AL. November 15, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. A. Toulmin* and *Mr. H. A. Toulmin, Jr.,* for petitioner. *Mr. Albert E. Dieterich* for respondents.